# RECONSIDERATION DOCKET

**95–2591.   Sharon Village Ltd. v. Licking Cty. Bd. of Revision.**
Board of Tax Appeals, No. 94–M–1214.   Reported at 78 Ohio St.3d 479, 678 N.E.2d 932.   On motion for reconsideration.   Motion denied.
    LUNDBERG STRATTON, J., dissents.

**95–2594.   Derby Downs Ltd. v. Licking Cty. Bd. of Revision.**
Board of Tax Appeals, No. 94–M–1215.   Reported at 78 Ohio St.3d 479, 678 N.E.2d 932.   On motion for reconsideration.   Motion denied.
    LUNDBERG STRATTON, J., dissents.

**95–2596.   Cherry Lee Ltd. v. Realty Dev. Co., No. 3.**
Board of Tax Appeals, Nos. 94–M–1325 and 94–M–1326.   Reported at 78 Ohio St.3d 479, 678 N.E.2d 932.   On motion for reconsideration.   Motion denied.
    LUNDBERG STRATTON, J., dissents.

**95–2647.   State v. Thompkins.**
Hamilton App. No. C–940513.   Reported at 78 Ohio St.3d 380, 678 N.E.2d 541.   On motion for reconsideration.   Motion denied.

**96–423.   State v. Biros.**
Trumbull App. No. 91–T–4632.   Reported at 78 Ohio St.3d 426, 678 N.E.2d 891.   On motion for reconsideration.   Motion denied.

**96–541.   King Dev. Co. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 93–T–28, 93–T–29, 93–T–49, 93–T–50, 93–T–51 and 93–T–52.   Reported at 78 Ohio St.3d 483, 678 N.E.2d 936.   On motion for reconsideration.   Motion denied.
    LUNDBERG STRATTON, J., dissents.

**96–542.   Chatterton Club, L.P. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 93–A–172.   Reported at 78 Ohio St.3d 483, 678 N.E.2d 936.   On motion for reconsideration.   Motion denied.
    LUNDBERG STRATTON, J., dissents.

**96–545.   C.O.A. Hous., Inc. v. Van Wert Cty. Bd. of Revision.**
Board of Tax Appeals, No. 94–P–759.   Reported at 78 Ohio St.3d 483, 678 N.E.2d 936.   On motion for reconsideration.   Motion denied.
    LUNDBERG STRATTON, J., dissents.

**96–2752.   State ex rel. Williams v. Brigano.**
Warren App. No. CA96–10–108.   Reported at 78 Ohio St.3d 413, 678 N.E.2d 568.   On motion for reconsideration.   Motion denied.

**96–2801.   State v. Bagley.**
Franklin App. Nos. 96APA04–554 and 96APA05–614.   Reported at 78 Ohio St.3d 1488, 678 N.E.2d 1227.   On motion for reconsideration.   Motion denied.

**97–306.   Wang v. Hurley.**
Franklin App. No. 96APG05–639.   Reported at 78 Ohio St.3d 1489, 678 N.E.2d 1227.   On motion for reconsideration.   Motion denied.

**97–320.   Ferbstein v. Silver.**
Summit App. No. 18045.   Reported at 78 Ohio St.3d 1495, 678 N.E.2d 1230.   On motion for reconsideration.   Motion denied.

**97–360.   Glickman Properties, Inc. v. Crow.**
Cuyahoga App. No. 70577.   Reported at 78 Ohio St.3d 1495, 678 N.E.2d 1230.   On motion for reconsideration.   Motion denied.